UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No._____

MICHAEL W. PANAGAKOS,

    Plaintiff

v.

WAYNE FOSTIN, individually and as
Building Inspector of the Town of Fairhaven,
TOWN OF FAIRHAVEN,

    Defendant

NOTICE OF APPEARANCE

03 CV 12278 WGY

Please enter our appearance as attorneys for the defendants in the above-captioned matter.

DEFENDANTS,

By their attorneys,

_____
Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

206201/Metg/0502

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 11/17/03

_____
K. Doyle