UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No._____

MICHAEL W. PANAGAKOS,

Plaintiff

v.

WAYNE FOSTIN, individually and as Building Inspector of the Town of Fairhaven, TOWN OF FAIRHAVEN,

Defendant

**03 CV 12278 WGY**

DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT PURSUANT TO FED.R.CIV.P. 6(b)

Now come the defendants and hereby move pursuant to Fed.R.Civ.P.6(b) for an enlargement of time to December 1, 2003 to file a response to the complaint in the above-captioned matter. As grounds therefor, the defendants state that the additional time is necessary to provide counsel, who was recently retained, to resolves issues regarding representation, and to await the return of one witness from vacation, without whom the defendants cannot provide a meaningful response.

WHEREFORE, the defendants respectfully request that this Court enlarge the time to file a response to the Complaint in the above-referenced matter to December 1, 2003.

DEFENDANTS,

By their attorneys,

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 11/17/03.

Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

206684/Metg/0502