UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 03-CV-12278-WGY

MICHAEL W. PANAGAKOS,

    Plaintiff

v.

WAYNE FOSTIN, individually and as Building Inspector of the Town of Fairhaven, TOWN OF FAIRHAVEN,

    Defendant

LOCAL RULE 16.1 CERTIFICATE OF DEFENDANT TOWN OF FAIRHAVEN

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and party hereby certify that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(c)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

| DEFENDANT | COUNSEL TO DEFENDANT |
|---|---|
| *[signature]* | *[signature]* |
| Jeffrey Osuch, Executive Secretary, on behalf of the Town of Fairhaven | Joseph L. Tehan, Jr. (BBO# 494020)<br>Katharine Goree Doyle (BBO# 634131)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

207853/METG/0502

2

LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

WILLIAM HEWIG III
JEANNE S. McKNIGHT

KOPELMAN AND PAIGE, P. C.
ATTORNEYS AT LAW
31 ST. JAMES AVENUE
BOSTON, MASSACHUSETTS 02116-4102
(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
SANDRA M. CHARTON
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. McENANEY
KATHARINE GOREE DOYLE
GEORGE X. PUCCI
LAUREN F. GOLDBERG
JASON R. TALERMAN
JEFFREY A. HONIG
MICHELE E. RANDAZZO
GREGG J. CORBO
RICHARD T. HOLLAND
LISA C. ADAMS
ELIZABETH R. CORBO
MARCELINO LA BELLA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
LAURA H. PAWLE
TODD A. FRAMPTON
JACKIE COWIN
SARAH N. TURNER

FILED
IN CLERKS OFFICE
2003 DEC 18  P 12:32
U.S. DISTRICT COURT
DISTRICT OF MASS.

December 17, 2003

Clerk
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Panagakos v. Fostin, et al.
      (Town of Fairhaven)
      United States District Court, C.A. No. 03-CV-12278-WGY

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter, please find the Local Rule 16.1 Certificate of Defendant Town of Fairhaven.

Thank you for your attention to this matter. Please call me if you have any questions.

Very truly yours,

Katharine Goree Doyle

KGD/cmt
Enc.
cc:   Board of Selectmen
      Gregory J. Koldys, Esq.
      Thomas Crotty, Esq.
      Daniel Morrison, Esq. (MAS – 0035437)
208002/METG/0502

PRINTED ON RECYCLED PAPER