UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL PANAGAKOS
    Plaintiff

V.                                                             CIVIL NO. 03-12278 JLA

GILBERT FOSTIN
    Defendant

**NOTICE OF**

**RE-SCHEDULED HEARING**

ALEXANDER, U.S.M.J.

    PLEASE TAKE NOTICE that the above-entitled case previously scheduled for March 24, 2004, has been re-scheduled for a **hearing** on the motions at **11:00 a.m.** on **Monday, March 22, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

By the Court:

March 17, 2004                     /S/ Rex Brown
Date                                   (617) 748-9238

Notice to:     Gregory J. Koldys, Esq.
                *Via facsimile transmission*
                **(508) 992-8031**
                Joseph L. Tehan, Esq.
                *Via electronic filing*
                Katherine Goree Doyle, Esq.
                *Via electronic filing*