UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 03-CV-12278WGY

| | |
|---|---|
| MICHAEL W. PANAGAKOS, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>WAYNE FOSTIN, individually and as )<br>Building Inspector of the Town of )<br>Fairhaven, and the TOWN OF )<br>FAIRHAVEN, )<br>)<br>Defendants ) | **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Plaintiff, Michael W. Panagakos, hereby opposes Defendant's Partial Motion For Judgment on the Pleadings. As grounds therefore, Plaintiff relies upon and incorporates herein his Memorandum of Reasons In Support of Plaintiff's Opposition to Defendant's partial Motion For Judgment on the Pleadings.

MICHAEL W. PANAGAKOS,
By his attorney,

_____
Gregory J. Koldys
MICKELSON • BARNET, P.C.
30 Cornell Street
New Bedford, MA 02740
Telephone (508) 993-8800
BBO #276840

Dated: March 19, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record (party) by mail ~~(in-hand)~~ AND FACSIMILE.

on 3/19/04

_____
Gregory J. Koldys

D/PANAGAKOS/VS. TOWN OF FAIRHAVEN/OPP MOT JUDG