UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL PANAGAKOS
    Plaintiff

V.                                        CIVIL NO. 03-12278 JLA

GILBERT FOSTIN
    Defendant

## NOTICE OF
## STATUS CONFERENCE

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **11:15 a.m.** on **Wednesday, November 10, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                              HONORABLE JOYCE LONDON ALEXANDER
                              UNITED STATES MAGISTRATE JUDGE

                              By the Court:

October 28, 2004          /S/ Rex Brown
Date                          (617) 748-9238

Notice to:    Gregory J. Koldys, Esq.
                *Via electronic filing*
                Joseph L. Tehan, Esq.
                *Via electronic filing*
                Katherine Goree Doyle, Esq.
                *Via electronic filing*