## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

C.A. No. 03-CV-12278WGY

| | |
|---|---|
| MICHAEL W. PANAGAKOS, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>WAYNE FOSTIN, individually and as )<br>Building Inspector of the Town of )<br>Fairhaven, and the TOWN OF )<br>FAIRHAVEN, )<br>)<br>Defendants ) | **PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE** |

The parties hereby request this Honorable Court to continue the Status Conference hearing presently scheduled for November 10, 2004 to Friday, November 19, 2004.

As grounds for this Motion counsel for Plaintiff states that his wife is undergoing surgery on November 10th.

Assented to:
WAYNE FOSTIN, et al
By his attorney,

_____
Katherine Goree Doyle, Esq.
KOPELMAN & PAIGE
31 St. James Avenue
Boston, MA 0211630
Telephone (617) 556-0007

MICHAEL W. PANAGAKOS,
By his attorney,

_____
Gregory J. Koldys
MICKELSON • BARNET, P.C.
30 Cornell Street
New Bedford, MA 02740
Telephone (508) 993-8800
BBO #276840

Dated: November 8, 2004

D:/PANAGAKOS/VS. TOWN OF FAIRHAVEN/SUPPLE MEMO