UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL W. PANAGAKOS
    Plaintiff

v.      CIVIL ACTION NO.   2003cv12278 JLA

TOWN OF FAIRHAVEN
WAYNE FOSTIN
    Defendants

## JUDGMENT IN A CIVIL CASE

ALEXANDER, U.S.M.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to hearing before the Court. The issues have been heard and a decision has been rendered. The case is hereby dismissed.

**IT IS ORDERED AND ADJUDGED.**

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE

    By the Court:

    /S/ Rex Brown
    Courtroom Clerk
    (617) 748-9238

February 3, 2005
Date